# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 12-56638 |
| Case Title | Jane Doe No. 14 v. Internet Brands, Inc. d/b/a Modelmayhem.com |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | April 8, 2015 | Time | 1:30 | Courtroom | 3 |

Location: Richard H. Chambers Court of Appeals Bldg., 125 S. Grand Ave., Pasadena, CA 91105

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Patrick J. Carome |
| Address | Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue, NW |
| City | Washington |
| State | DC |
| Zip Code | 20006 |
| Phone | (202) 663-6610 |
| Email Address | patrick.carome@wilmerhale.com |
| Party/parties represented | Amici Curiae supporting Defendant-Appellee (see attached list) |
| Special needs you may require in the courtroom | Pursuant to the Court's 2/24/2015 Order, Defendant-Appellee Internet Brands has elected to share 5 minutes of its allotted time with counsel for Amici Curiae. |

☛ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

[✓] I certify that I am admitted to practice before this Court.

[ ] I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | /s/ Patrick J. Carome | Date | March 17, 2015 |

**Filing Instructions**

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250

## *Jane Doe No. 14 v. Internet Brands, Inc., d/b/a Modelmayhem.com*
## No. 12-56638

<u>Amici Curiae Supporting Defendant-Appellee</u>:

Computer and Communications Industry Association
The Internet Association
Care.com, Inc.
craigslist, Inc.
Facebook, Inc.
IAC/InterActiveCorp
Tumblr, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2015, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: March 17, 2015

By: *Patrick J. Carome*
Patrick J. Carome